UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN THOMAS, | Case No. CV 05-7411-FMC (OP) |
| Petitioner, | JUDGMENT |
| vs. | |
| CHARLES M. HARRISON, Warden, et al., | |
| Respondents. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that Judgment be entered (1) approving and adopting this Report and Recommendation; and (2) directing that Judgment be entered denying the Petition, and dismissing this action with prejudice.

DATED: April 8, 2008

HONORABLE FLORENCE-MARIE COOPER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge